

SIGNED  July 23, 2025
 THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

*Rebecca B Connelly*
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **In re: Ebony Mitchell Butler and Reginald Alan Butler** | **CASE NO. 25–60775** |
| **Debtor(s)** | **CHAPTER 13** |

### ORDER DISMISSING CASE

For the reasons set forth in the Notice or Motion, and for good cause shown, it is

### O R D E R E D

that the above case(s) and all related <u>pending</u> motions and adversary proceedings arising therein, unless on appeal, be, and the same hereby are, dismissed.

It is further

### O R D E R E D

that upon the trustee filing a final report herein, the same shall be deemed approved without further order, trustee's bond shall be released and the trustee shall be discharged from further liability herein unless proper objection is made to said final report within thirty (30) days after filing of same or such extended time as may be granted upon proper application made within said thirty (30) day period. <u>If the Discharge Order has been issued,</u> <u>the same is recinded.</u>

If the case is a Chapter 13 case, it is further

### O R D E R E D

that the employer, if heretofore ordered to do so, shall cease making deductions from debtor(s)' wages to be paid to the trustee. In the alternative, if the debtor(s) established electronic payments to be paid to the trustee, the debtor or the trustee, if able, should immediately cease all future scheduled payments, if any.

Service of a copy of this Order shall be by mail to the debtor(s), attorney for the debtor(s), trustee, employer, if applicable, U.S. Trustee, and all parties on the current mailing matrix.

van02

**END OF ORDER**

United States Bankruptcy Court

Western District of Virginia

In re:

Ebony Mitchell Butler

Reginald Alan Butler

    Debtors

Case No. 25-60775-rbc

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0423-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 23, 2025 | Form ID: van02 | Total Noticed: 14 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ebony Mitchell Butler, Reginald Alan Butler, 28 Zephyr Rd., Palmyra, VA 22963-2740 |
| 5331670 | + | Lendmark, 1862 Abbey Road, Charlottesville, VA 22911-3550 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5331676 | + | EDI: TSYS2 | Jul 24 2025 01:22:00 | Barclays, General Correspondence, Card Services, PO Box 8801, Wilmington, DE 19899-8801 |
| 5331673 | | Email/Text: ebnnotifications@creditacceptance.com | Jul 23 2025 21:22:00 | Credit Acceptance, 25505 West 12 Mile Rd, Southfield, MI 48034 |
| 5331671 | + | EDI: CAPITALONE.COM | Jul 24 2025 01:22:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5331677 | + | EDI: JPMORGANCHASE | Jul 24 2025 01:22:00 | Chase, PO Box 15299, Wilmington, DE 19850-5299 |
| 5331672 | + | EDI: WFNNB.COM | Jul 24 2025 01:22:00 | Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 5331678 | | EDI: IRS.COM | Jul 24 2025 01:22:00 | Dept of Treasury, IRS, Kansas City, MO 64999 |
| 5332430 | | Email/Text: bk@lendmarkfinancial.com | Jul 23 2025 21:22:00 | Lendmark Financial Services LLC, 2118 Usher Street, Covington, GA 30014 |
| 5333579 | | Email/Text: BankruptcyECFMail@mccalla.com | Jul 23 2025 21:22:00 | Lakeview Loan Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 5331669 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 23 2025 21:22:00 | Nationstar Mortgage LLC, dba Mr. Cooper, 8950 Cypress Waters Blvd, Dallas, TX 75019-4620 |
| 5331674 | + | Email/Text: edbknotices@ecmc.org | Jul 23 2025 21:22:00 | US Department of Education, 400 Maryland Ave. SW, Washington, DC 20202-0001 |
| 5331675 | | Email/Text: membercreditsolutions@uvacreditunion.org | Jul 23 2025 21:22:00 | UVA Community Credit Union, 3300 Berkmar Drive, Charlottesville, VA 22901 |
| 5334479 | ^ | MEBN | Jul 23 2025 21:18:03 | UVA HEALTH, P.O. BOX 743977, ATLANTA, GA 30374-3977 |

TOTAL: 12

District/off: 0423-6                           User: admin                                    Page 2 of 2

Date Rcvd: Jul 23, 2025                        Form ID: van02                                Total Noticed: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, Lakeview Loan Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2025                   Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Angela M. Scolforo (499275) | ascolforo@cvillech13.net |
| USTrustee | USTPRegion04.RN.ECF@usdoj.gov |

TOTAL: 2